# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0280. IN RE: ESTATE OF ALVIN WILLIAMS, DECEASED.

On May 8, 2025, in this probate proceeding regarding the estate of Alvin Williams, the Henry County Probate Court entered a final order for year's support for Williams's surviving spouse, Avary Martin Williams. Melody Thomas, Williams's daughter, filed a notice of direct appeal on July 9, 2025. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Here, Thomas's notice of appeal was not filed until 62 days after entry of the probate court order at issue and therefore was untimely.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/18/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*